UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44616
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Thrift Investment Corporation

Order Filed on August 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

THOMAS M, RICCHIUTI
JENNIFER M. RICCHIUTI

Case No.: 17-14780

Adv. No.:

Hearing Date: 8-16-17

Judge: CMG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 29, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Thomas and Jennifer Ricchiuti**
**17-14780(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer U.S.A., with the appearance of Patrick Moscatello, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Thrift Investment Corporation is the holder of a first purchase money security interest encumbering a 2006 Ford Explorer bearing vehicle identification number KNDJN2A24F7143535 (hereinafter the "vehicle").

2. **Curing Arrears**: At the hearing, the debtors were $615.28 in arrears to Thrift. To cure arrears, the debtors shall make cure payments to Thrift of $446.46 for 4 consecutive months, beginning 9-12-17. In the event the debtor fails to make any cure payment for a period of 15 days after it falls due (being the 12th day of each month), Thrift shall receive stay relief as to the debtors to repossess and sell the vehicle by filing a certification of nonpayment with the Court and serving it upon the debtors and their attorney.

3. After curing arrears, the debtor shall make all loan payments when due, being the 12TH day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due Thrift shall receive stay relief as to the debtors to repossess and sell the vehicle by filing a certification of nonpayment with the Court and serving it upon the debtors and their attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. Thrift Investment Corporation shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, Thrift shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

5. The debtor shall pay to Thrift Investment Corporation, dba Chrysler Capital through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.