UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Harley-Davidson Credit Corp

In Re:
    Ricchiuti, Thomas M.

    Ricchiuti, Jennifer M.

Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 17-14780 CMG

Chapter: 13

Hearing Date: September 20, 2017
Judge: Christine M. Gravelle

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Harley-Davidson Credit Corp</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2012 HARLEY-DAVIDSON FXDC DYNA SUPER GLIDE CUSTOM, VIN: 1HD1GV412CC322124**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas M Ricchiuti  
Jennifer M Ricchiuti  
    Debtors

Case No. 17-14780-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 21, 2017  
                     Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.  
db          +Thomas M Ricchiuti,    22 Manchester Avenue,    Kayport, NJ 07735-1845  
jdb         +Jennifer M Ricchiuti,    23 Moak Drive,    Hazlet, NJ 07730-1442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:

         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
         John R. Morton, Jr.    on behalf of Creditor    Ally Capital Serviced by Ally Servicing, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
         Patrick Moscatello    on behalf of Debtor Thomas M Ricchiuti moscatellolaw1@gmail.com, moscatellolaw2@gmail.com;moscatellolaw2@comcast.net  
         Patrick Moscatello    on behalf of Joint Debtor Jennifer M Ricchiuti moscatellolaw1@gmail.com, moscatellolaw2@gmail.com;moscatellolaw2@comcast.net  
         Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-C sobrien@flwlaw.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers    on behalf of Creditor    New Penn Financial, LLC dba Shellpoint Mortgage Servicing ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    New Penn Financial, LLC dba Shellpoint Mortgage Servicing ecf@powerskirn.com  
                                                                                                TOTAL: 10