Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–14780–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas M Ricchiuti | Jennifer M Ricchiuti |
| 22 Manchester Avenue | 222 4th Street |
| Kayport, NJ 07735 | Hazlet, NJ 07734 |

Social Security No.:
xxx–xx–0682                                                     xxx–xx–8282

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 11/27/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            January 3, 2018
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 28, 2017
JAN: vpm

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                             District of New Jersey

In re:                                                    Case No. 17-14780-CMG
Thomas M Ricchiuti                                        Chapter 13
Jennifer M Ricchiuti
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3                    Date Rcvd: Nov 28, 2017
                              Form ID: 185             Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db             +Thomas M Ricchiuti,    22 Manchester Avenue,    Kayport, NJ 07735-1845
jdb            +Jennifer M Ricchiuti,    222 4th Street,    Hazlet, NJ 07734-2918
intp           +Steven D. Schwartzman,    Bonfiglio & Asterita, LLC,    55 North Bridge Avenue,    Suite 6,
                 Red Bank, NJ 07701-1093
cr             +Steven D. Schwartzman,    Bonfiglio & Asterita, LLC,    900 South Avenue,    Suite 101,
                 Staten Island, NY 10314-3427
cr             +Thrift Investment Corporation,    720 King George's Post Road P.O. Box 538,
                 Fords, NJ   08863-0538,    UNITED STATES 08863-0538
516807075      +ACAR Leasing Ltd,    POB 183853,    Arlington, TX 76096-3853
516768299      +Acar Leasing,    PO Box 398045,    Minneapolis, MN 55439-8045
516695490      +Alliance One Receivables Management,    6565 Kimball Dr., Ste. 200,    Gig Harbor, WA 98335-1206
516695493      +Bank Of America NA,    7105 Corporate Drive,    Plano, TX 75024-4100
516906123      +Bonfiglio & Asterita, LLC,    55 North Bridge Avenue, Suite 6,    Red Bank, NJ 07701-1093
517045405      +Bonfiglio & Asterita, LLC,,    900 South Avenue, Suite 101,    Staten Island, NY 10314-3427
516768300      +CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
516768301      +E-Z Pass,    C/O Retreival MAsters Creditors Bureau,    4 Westchester Plaza, Suite 110,
                 Elmsford, NY 10523-1615
516768302      +ERC,   PO Box 57610,    Jacksonville, FL 32241-7610
516695496      +FMS Inc.,    4915 South Union Avenue,    Tulsa, OK 74107-7839
516710571     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:    Ford Motor Credit Company LLC,    Dept. 55953,    P O Box 55000,
                 Detroit, MI. 48255-0953)
516695495      +First Bankcard/Overstock.com,    PO Box 2557,    Omaha, NE 68103-2557
516695497      +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
516695498       Ford Motor Credit Co.,    P. O. Bos 542000,    Omaha, NE 68154-8000
516768304      +GM Financial,    PO Box 183834,    Arlington, TX 76096-3834
516695499      +Harley Davidson Financial Services,    Dept 15129,    Palatine, IL 60055-0001
516762369      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516695500      +Hazlet Township Tax Collector,    1766 Union Avenue,    Hazlet, NJ 07730-2444
516695501      +Home Depot Credit Service,    P. O. Box 790328,    Saint Louis, MO 63179-0328
516695502      +Kathleen R. Wall, Esq.,    2640 Highway 70, Suite 9-A,    PO Box A,    Manasquan, NJ 08736-0631
516768305       LVNV Funding LLC,    625 Pilot Road, #3,    Las Vegas, NV 89119-4485
516768306      +Macy's,   9111 Duke Boulevard,    Mason, OH 45040-8999
516695505      +Monmouth Plastic Surgery PC,    PO Box 8004,    Red Bank, NJ 07701-8004
516695507       Northern Monmouth County Medical Assoc,    PO Box 416693,    Boston, MA 02241-6693
516695509      +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
516695511       RMC Meridian Health,    C/O Keystone Financial Services,    PO Box 730,
                 Allenwood, NJ 08720-0730
516695510      +Raymour & Flanigan,    7248 Morgan Road,    Liverpool, NY 13090-4535
516695512       Shellpoint Mortgage Servicing,    PO Box 1410,    Troy, MI 48099-1410
516754822      +Slomins,    POB 505,    West Caldwell, NJ 07007-0505
516768309      +Synchrony Bank,    C/O Midland Funding,    1037 Raymond Boulevard, Suite 710,
                 Newark, NJ 07102-5427
516791549       THE BANK OF NEW YORK MELLON FKA THE BANK,    c/o Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
516695514      +Taylor & O'Brien, Attys at Law,    175 Fairfield Avenue,    PO Box 505,    Caldwell, NJ 07007-0505
516695515      +The Bank of New York Mellon,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
516695516      +The Port Authorty Of NY & NJ,    Violations Bureau,    PO Box 15186,    Albany, NY 12212-5186
516906124      +The Provident Bank,    865 Poole Avenue,    Hazlet, NJ 07730-2041
516768310      +Thrift Investment Corp.,    PO Box 538,    Fords, NJ 08863-0538
516695517      +Township of Hazlet,    P.O. Box 371,    1776 Union Avenue,    Hazlet, NJ 07730-2444
516695519      +US Bank Cust for BV001 Trust,    C/O Blue Virgo Capital Management, LLC,
                 50 South 16th Street, Suite 2050,    Philadelphia, PA 19102-2516
516695520      +Verizon Wireless,    PO Box 4003,    Acworth, GA 30101-9004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2017 23:06:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2017 23:06:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2017 23:06:05
                 Ally Capital Serviced by Ally Servicing, LLC,    POB 130424,    Roseville, MN 55113-0004
516820124       E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2017 23:06:05     Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516695491      +E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2017 23:06:05     Ally Financial,
                 PO Box 380902,    Bloomington, MN 55438-0902
516695492      +E-mail/Text: ally@ebn.phinsolutions.com Nov 28 2017 23:06:05     Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
516744793       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2017 23:09:59      CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
516695494      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 28 2017 23:04:02      Credit One,
                 PO Box 98873,    Las Vegas, NV 89193-8873
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Nov 28, 2017
                              Form ID: 185             Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516768303      +E-mail/Text: Banko@frontlineas.com Nov 28 2017 23:07:52     Frontline Asset Strategies, LLC,
                 2700 Snelling Avenue N Suite 250,   Roseville, MN 55113-1783
516821732       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2017 23:10:07
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516695503      +E-mail/Text: bk@lendingclub.com Nov 28 2017 23:07:17     Lending Club Corp.,
                 71 Stevenson Street Suite 300,    San Francisco, CA 94105-2985
516822750       E-mail/Text: bkr@cardworks.com Nov 28 2017 23:06:03     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
516901830      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2017 23:06:46     MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516695504       E-mail/Text: bkr@cardworks.com Nov 28 2017 23:06:03     Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
516768307      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2017 23:06:46     Midland Funding,
                 2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
516695506      +E-mail/Text: kmorgan@morganlaw.com Nov 28 2017 23:07:33     Morgan, Bornstein And Morgan,
                 1236 Brace Road Suite K,    Cherry Hill, NJ 08034-3229
516695508      +E-mail/Text: bankruptcies@orangelake.com Nov 28 2017 23:06:07     Orange Lake Country,
                 8505 W Irlo Bronson Hwy,   Kissimmee, FL 34747-8201
516695513      +Fax: 516-933-1697 Nov 28 2017 23:32:18     Slomin's Inc,    125 Lauman Lane,
                 Hicksville, NY 11801-6539
516696585      +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2017 23:03:43     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516768308      +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2017 23:03:54     Synchrony Bank,
                 950 Forrer Boulevard,    Kettering, OH 45420-1469
516695518      +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2017 23:03:43     Toys R Us,   PO Box 530938,
                 Atlanta, GA 30353-0938
516823669      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 23:10:16     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bonfiglio & Asterita, LLC,   900 South Avenue, Suite 101,   Staten Island, NY 10314-3427
516695489     ##+ACB Receivables,   19 Main Street,   Asbury Park, NJ 07712-7012
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:

      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor   Thrift Investment Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      John R. Morton, Jr.    on behalf of Creditor   Ally Capital Serviced by Ally Servicing, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Patrick   Moscatello    on behalf of Debtor Thomas M Ricchiuti moscatellolaw1@gmail.com, moscatellolaw2@gmail.com;moscatellolaw2@comcast.net

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Nov 28, 2017
                              Form ID: 185             Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Patrick Moscatello   on behalf of Joint Debtor Jennifer M Ricchiuti moscatellolaw1@gmail.com, moscatellolaw2@gmail.com;moscatellolaw2@comcast.net

      Sean M. O'Brien   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-C sobrien@flwlaw.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      William M.E. Powers   on behalf of Creditor   New Penn Financial, LLC dba Shellpoint Mortgage Servicing ecf@powerskirn.com

      William M.E. Powers, III   on behalf of Creditor   New Penn Financial, LLC dba Shellpoint Mortgage Servicing ecf@powerskirn.com

      TOTAL: 11