UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Patrick Moscatello, Esq. PM3747
90 Washington St.
Long Branch, NJ 07740
(732)-870-1370
Attorney for Debtor(s)

Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: THOMAS M. RICCHIUTI | CASE NO. 17-14780/CMG |
| Debtor, | CHAPTER 13 |
| Address: 22 Manchester Avenue  Keyport, NJ 07735 | HEARING DATE: |
| and JENNIFER M. RICCHIUTI | JUDGE: Christine M. Gravelle |
| Address: 222 4th Street  Hazlet, NJ 07734 | |
| Joint Debtor. | |
| Last four digits of Social Security Nos. 0682 and 8282 | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 26, 2018**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

RE:  In re  THOMAS M. RICCHIUTI and JENNIFER M. RICCHIUTI, Debtors
Bk. No. 17-14780/cmg
Caption:  ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Patrick Moscatello, Esq., the Applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $21.00 for a total of $821.00.  The allowance shall be payable by debtor(s):

☒ Through the Chapter 13 Plan as an administrative priority

☐ Outside of the Chapter 13 Plan

The debtors monthly plan is modified to require a payment of $N/A per month for N/A months to allow for payment of the aforesaid fee.