UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Patrick Moscatello, Esq. PM3747
90 Washington St.
Long Branch, NJ 07740
(732)-870-1370
Attorney for Debtor(s)

**Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:    THOMAS M. RICCHIUTI | CASE NO. 17-14780/CMG |
| Debtor, | CHAPTER 13 |
| Address: 22 Manchester Avenue  Keyport, NJ 07735 | HEARING DATE: |
| and  JENNIFER M. RICCHIUTI | JUDGE: Christine M. Gravelle |
| Address: 222 4th Street  Hazlet, NJ 07734 | |
| Joint Debtor. | |
| Last four digits of Social Security Nos.  0682 and 8282 | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 26, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

RE:  In re  THOMAS M. RICCHIUTI and JENNIFER M. RICCHIUTI, Debtors
Bk. No. 17-14780/cmg
Caption:  ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Patrick Moscatello, Esq., the Applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $21.00 for a total of $821.00.  The allowance shall be payable by debtor(s):

☒  Through the Chapter 13 Plan as an administrative priority

☐  Outside of the Chapter 13 Plan

The debtors monthly plan is modified to require a payment of $N/A per month for N/A months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas M Ricchiuti  
Jennifer M Ricchiuti  
    Debtors

Case No. 17-14780-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 26, 2018  
                             Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.  
db          #+Thomas M Ricchiuti,    22 Manchester Avenue,    Kayport, NJ 07735-1845  
jdb         +Jennifer M Ricchiuti,    222 4th Street,    Hazlet, NJ 07734-2918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:  
         Albert    Russo     docs@russotrustee.com  
         Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         John R. Morton, Jr.     on behalf of Creditor    Thrift Investment Corporation  
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         John R. Morton, Jr.     on behalf of Creditor    Ally Capital Serviced by Ally Servicing, LLC  
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         Patrick   Moscatello     on behalf of Debtor Thomas M Ricchiuti moscatellolaw1@gmail.com,  
          moscatellolaw2@gmail.com;moscatellolaw2@comcast.net  
         Patrick   Moscatello     on behalf of Joint Debtor Jennifer M Ricchiuti moscatellolaw1@gmail.com,  
          moscatellolaw2@gmail.com;moscatellolaw2@comcast.net  
         Sean M. O'Brien     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
          AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES  
          2007-C sobrien@flwlaw.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers     on behalf of Creditor    New Penn Financial, LLC dba Shellpoint Mortgage  
          Servicing ecf@powerskirn.com  
         William M.E. Powers, III     on behalf of Creditor    New Penn Financial, LLC dba Shellpoint  
          Mortgage Servicing ecf@powerskirn.com  
                                                                                          TOTAL: 11