Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−14780−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas M Ricchiuti                          Jennifer M Ricchiuti
   22 Manchester Avenue                        222 4th Street
   Kayport, NJ 07735                           Hazlet, NJ 07734

Social Security No.:
   xxx−xx−0682                                 xxx−xx−8282

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/6/19 at 09:00 AM

to consider and act upon the following:

*80* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 2/1/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 1/29/19

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court