Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−14780−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas M Ricchiuti
22 Manchester Avenue
Kayport, NJ 07735

Jennifer M Ricchiuti
222 4th Street
Hazlet, NJ 07734

Social Security No.:
xxx−xx−0682

xxx−xx−8282

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on January 6, 2021.

  Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 6, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 17-14780-CMG

Thomas M Ricchiuti                                                                            Chapter 13

Jennifer M Ricchiuti

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 06, 2021 | Form ID: 148 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Thomas M Ricchiuti, 22 Manchester Avenue, Kayport, NJ 07735-1845 |
| jdb | + | Jennifer M Ricchiuti, 222 4th Street, Hazlet, NJ 07734-2918 |
| aty | + | Steven D. Schwartzman, 55 North Bridge Avenue, Suite 6, Red Bank, NJ 07701-1093 |
| cr | + | Steven D. Schwartzman, Bonfiglio & Asterita, LLC, 900 South Avenue, Suite 101, Staten Island, NY 10314-3427 |
| cr | + | Thrift Investment Corporation, 720 King George's Post Road P.O. Box 538, Fords, NJ 08863-0538, UNITED STATES 08863-0538 |
| 516807075 | + | ACAR Leasing Ltd, POB 183853, Arlington, TX 76096-3853 |
| 516695489 | + | ACB Receivables, 19 Main Street, Asbury Park, NJ 07712-7012 |
| 516768299 | + | Acar Leasing, PO Box 398045, Minneapolis, MN 55439-8045 |
| 516695490 | + | Alliance One Receivables Management, 6565 Kimball Dr., Ste. 200, Gig Harbor, WA 98335-1206 |
| 517045405 | + | Bonfiglio & Asterita, LLC,, 900 South Avenue, Suite 101, Staten Island, NY 10314-3427 |
| 516768301 | + | E-Z Pass, C/O Retreival MAsters Creditors Bureau, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 516695496 | + | FMS Inc., 4915 South Union Avenue, Tulsa, OK 74107-7839 |
| 516695495 | + | First Bankcard/Overstock.com, PO Box 2557, Omaha, NE 68103-2557 |
| 516695499 | + | Harley Davidson Financial Services, Dept 15129, Palatine, IL 60055-0001 |
| 516762369 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 516695500 | + | Hazlet Township Tax Collector, 1766 Union Avenue, Hazlet, NJ 07730-2444 |
| 516695502 | + | Kathleen R. Wall, Esq., 2640 Highway 70, Suite 9-A, PO Box A, Manasquan, NJ 08736-0631 |
| 516695505 | + | Monmouth Plastic Surgery PC, PO Box 8004, Red Bank, NJ 07701-8004 |
| 516695507 | | Northern Monmouth County Medical Assoc, PO Box 416693, Boston, MA 02241-6693 |
| 516695509 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 516695511 | | RMC Meridian Health, C/O Keystone Financial Services, PO Box 730, Allenwood, NJ 08720-0730 |
| 516695510 | + | Raymour & Flanigan, 7248 Morgan Road, Liverpool, NY 13090-4535 |
| 516768309 | ++++ | SYNCHRONY BANK, C/O MIDLAND FUNDING, 1 RIVERFRONT PLZ STE 710, NEWARK NJ 07102-5415 address filed with court:, Synchrony Bank, C/O Midland Funding, 1037 Raymond Boulevard, Suite 710, Newark, NJ 07102 |
| 516695512 | | Shellpoint Mortgage Servicing, PO Box 1410, Troy, MI 48099-1410 |
| 516695513 | + | Slomin's Inc, 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 516754822 | + | Slomins, POB 505, West Caldwell, NJ 07007-0505 |
| 516695514 | + | Taylor & O'Brien, Attys at Law, 175 Fairfield Avenue, PO Box 505, Caldwell, NJ 07007-0505 |
| 516695516 | + | The Port Authorty Of NY & NJ, Violations Bureau, PO Box 15186, Albany, NY 12212-5186 |
| 516906124 | + | The Provident Bank, 865 Poole Avenue, Hazlet, NJ 07730-2041 |
| 516768310 | + | Thrift Investment Corp., PO Box 538, Fords, NJ 08863-0538 |
| 516695517 | + | Township of Hazlet, P.O. Box 371, 1776 Union Avenue, Hazlet, NJ 07730-2444 |
| 516695519 | + | US Bank Cust for BV001 Trust, C/O Blue Virgo Capital Management, LLC, 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Case 17-14780-CMG    Doc 91    Filed 01/08/21    Entered 01/10/21 00:16:44    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 148 | Total Noticed: 66 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | EDI: GMACFS.COM | Jan 07 2021 01:58:00 | Ally Capital Serviced by Ally Servicing, LLC, POB 130424, Roseville, MN 55113-0004 |
| 516820124 | EDI: GMACFS.COM | Jan 07 2021 01:58:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516695491 | + EDI: GMACFS.COM | Jan 07 2021 01:58:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 516695492 | + EDI: GMACFS.COM | Jan 07 2021 01:58:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 516695493 | + EDI: BANKAMER.COM | Jan 07 2021 01:58:00 | Bank Of America NA, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 516744793 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 22:11:14 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516768300 | + EDI: CITICORP.COM | Jan 07 2021 02:03:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516695494 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2021 22:11:06 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516768306 | EDI: CITICORP.COM | Jan 07 2021 02:03:00 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 516768302 | + Email/Text: bknotice@ercbpo.com | Jan 06 2021 21:50:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 516710571 | EDI: FORD.COM | Jan 07 2021 02:03:00 | Ford Motor Credit Company LLC, Dept. 55953, P O Box 55000, Detroit, MI. 48255-0953 |
| 516695497 | + EDI: FORD.COM | Jan 07 2021 02:03:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 516695498 | EDI: FORD.COM | Jan 07 2021 02:03:00 | Ford Motor Credit Co., P. O. Bos 542000, Omaha, NE 68154-8000 |
| 516768303 | + Email/Text: Banko@frontlineas.com | Jan 06 2021 21:51:00 | Frontline Asset Strategies, LLC, 2700 Snelling Avenue N Suite 250, Roseville, MN 55113-1783 |
| 516768304 | + EDI: PHINAMERI.COM | Jan 07 2021 02:03:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 516695501 | + EDI: CITICORP.COM | Jan 07 2021 02:03:00 | Home Depot Credit Service, P. O. Box 790328, Saint Louis, MO 63179-0328 |
| 516768305 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 22:08:31 | LVNV Funding LLC, 625 Pilot Road, #3, Las Vegas, NV 89119-4485 |
| 516821732 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 22:08:30 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516695503 | + Email/Text: bk@lendingclub.com | Jan 06 2021 21:50:00 | Lending Club Corp., 71 Stevenson Street Suite 300, San Francisco, CA 94105-2985 |
| 516822750 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2021 22:13:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516901830 | + EDI: MID8.COM | Jan 07 2021 02:03:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516695504 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2021 22:10:51 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |

| | | | | |
|---|---|---|---|---|
| 516768307 | + | EDI: MID8.COM | Jan 07 2021 02:03:00 | Midland Funding, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 516695506 | + | Email/Text: kmorgan@morganlaw.com | Jan 06 2021 21:50:00 | Morgan, Bornstein And Morgan, 1236 Brace Road Suite K, Cherry Hill, NJ 08034-3229 |
| 516695508 | + | Email/Text: bankruptcies@orangelake.com | Jan 06 2021 21:49:00 | Orange Lake Country, 8505 W Irlo Bronson Hwy, Kissimmee, FL 34747-8201 |
| 516768308 | + | EDI: RMSC.COM | Jan 07 2021 02:03:00 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 516696585 | + | EDI: RMSC.COM | Jan 07 2021 02:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516791549 | | EDI: BANKAMER.COM | Jan 07 2021 01:58:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, c/o Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516695515 | + | EDI: BANKAMER.COM | Jan 07 2021 01:58:00 | The Bank of New York Mellon, 1800 Tapo Canyon Road, Simi Valley, CA 93063-6712 |
| 516695518 | + | EDI: RMSC.COM | Jan 07 2021 02:03:00 | Toys R Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 516823669 | + | EDI: AIS.COM | Jan 07 2021 02:03:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516695520 | + | EDI: VERIZONCOMB.COM | Jan 07 2021 01:58:00 | Verizon Wireless, PO Box 4003, Acworth, GA 30101-9004 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bonfiglio & Asterita, LLC, 900 South Avenue, Suite 101, Staten Island, NY 10314-3427 |
| 517383211 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| intp | ##+ | Steven D. Schwartzman, Bonfiglio & Asterita, LLC, 55 North Bridge Avenue, Suite 6, Red Bank, NJ 07701-1093 |
| 516906123 | ##+ | Bonfiglio & Asterita, LLC, 55 North Bridge Avenue, Suite 6, Red Bank, NJ 07701-1093 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:**

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Jan 06, 2021 | Form ID: 148 | Total Noticed: 66

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Thrift Investment Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital Serviced by Ally Servicing  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Patrick Moscatello | on behalf of Debtor Thomas M Ricchiuti moscatellolaw1@gmail.com  moscatellolaw2@gmail.com;moscatellolaw2@comcast.net |
| Patrick Moscatello | on behalf of Joint Debtor Jennifer M Ricchiuti moscatellolaw1@gmail.com moscatellolaw2@gmail.com;moscatellolaw2@comcast.net |
| Sean M. O'Brien | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-C DMcDonough@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor New Penn Financial  LLC dba Shellpoint Mortgage Servicing ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor New Penn Financial  LLC dba Shellpoint Mortgage Servicing ecf@powerskirn.com |

TOTAL: 11